In the Matter of DWAYNE WILSON, Respondent, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Appellants. [703 NYS2d 338] —Judgment unanimously reversed on the law without costs, motion granted and petition dismissed. Memorandum: Supreme Court erred in denying respondents' motion to dismiss the petition. Petitioner's administrative appeal was pending at the time petitioner commenced this CPLR article 78 proceeding. "[J]udicial review of any alleged errors in the parole process is precluded prior to the exhaustion of * * * administrative remedies" (*Matter of La Bounty v Russi,* 208 AD2d 1071, *appeal dismissed and lv denied* 85 NY2d 889; *see also, Matter of Hough v New York State Bd. of Parole,* 235 AD2d 862, *lv dismissed* 90 NY2d 884). The court further erred in granting the relief sought in the petition without affording respondents an opportunity to file an answer (*see, Matter of Nassau BOCES Cent. Council of Teachers v Board of Coop. Educ. Servs.,* 63 NY2d 100, 103-104). (Appeal from Judgment of Supreme Court, Erie

County, Whelan, J.—CPLR art 78.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Balio, JJ.